**JS-6**

RICHARD E. QUINTILONE II (SBN 200995)
GEORGE A. ALOUPAS (SBN 313112)
**QUINTILONE & ASSOCIATES**
22974 EL TORO ROAD SUITE 100
LAKE FOREST, CA 92630
TELEPHONE NO. (949) 458-9675
FACSIMILE NO. (949) 458-9679
E-MAIL: REQ@QUINTLAW.COM; GAA@QUINTLAW.COM

In Association with Counsel listed below, Attorneys for Plaintiff MARSHA DOLAND, successor in interest to WILLIAM DOLAND and all similarly situated claimants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DOLAND, individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>AUTOZONE INC., a Nevada corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No.: SACV 09-1138-AG (MLGx)**<br><br>**Hon. Andrew J. Guilford**<br><br><br>**JUDGMENT** |

-1-

JUDGMENT

In light of Plaintiff Marsha Doland having accepted Defendant Autozone, Inc.'s Rule 68 Offer of Judgment of **$5,000.00**, the Court hereby enters judgment for Doland and against Autozone, Inc. in accordance with the parties' agreement. See Plaintiff's Notice of Acceptance of Rule 68 Offer of Judgment (dkt. 18). Hearing set 1/29/18 is VACATED.

**IT IS SO ORDERED.**

Dated: January 25, 2018

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

-2-

JUDGMENT

# PROOF OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am an employee of or agent for Quintilone & Associates, whose business address is 22974 El Toro Rd., Suite 100, Lake Forest, CA 92630-4961.

On **January 12, 2018**, I served the foregoing document(s):

## JUDGMENT PURSUANT TO RULE 68 ACCEPTANCE

on the following parties in this action addressed as follows:

## SEE DOCKET FOR ECF ADDRESSES AND ATTACHED SERVICE LIST

\_\_\_\_\_ *(BY MAIL)* I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Lake Forest, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this affidavit.

_____ *(BY PERSONAL SERVICE)* I delivered each such document by hand to each addressee above.

_____ *(BY OVERNIGHT DELIVERY)* I caused a true copy of each document, placed in a sealed envelope with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express or Overnight Express. I am readily familiar with this firm's practice for collection and processing of documents for overnight delivery and know that in the ordinary course of Quintilone & Associates' business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Federal Express or Overnight Express or delivered to a courier or driver authorized by Federal Express or Overnight Express to receive documents on the same date it is placed at Quintilone & Associates for collection.

\_\_\_\_\_ *(BY FACSIMILE)* By use of facsimile machine number 949.458.9679, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

\_\_X\_\_\_ *(BY E-MAIL)* I caused a true and correct copy of each document to be delivered by Electronic Mail through the Court's ECF System.

Executed on **January 12, 2018**, at Lake Forest, California.

\_\_\_X\_\_\_ (**FEDERAL**) I declare under penalty of perjury that the above is true and correct.

_____ (**STATE**) I declare under penalty of perjury that the above is true and correct.

_____
RICHARD E. QUINTILONE II

# SERVICE LIST

| | |
|---|---|
| Jeremy A. Roth, Esq.<br>David J. Dow, Esq.<br>Jerrilyn T. Malana, Esq.<br>Littler Mendelson<br>A Professional Corporation<br>501 W. Broadway, Suite 900<br>San Diego, CA 92101.3577<br>Tel: (619) 232-0441<br>Fax: (619) 232-4302<br>jroth@littler.com<br>ddow@littler.com<br>jmalana@littler.com | Counsel for Defendant AUTOZONE, INC. |
| Michael E. Brewer, Esq.<br>Gregory G. Iskander, Esq.<br>Anne-Marie Waggoner, Esq.<br>Littler Mendelson<br>1255 Treat Boulevard, Suite 600<br>Walnut Creek, CA 94597<br>Telephone: 925.932.2468<br>mbrewer@littler.com<br>giskander@littler.com<br>awaggoner@littler.com | Counsel for Defendant AUTOZONE, INC. |
| Michael A. Hoffman<br>Arena Hoffman, LLP<br>44 Montgomery Street, Suite 3520<br>San Francisco, CA 94104<br>Tel: 415.433-1414<br>Fax: 415.520.0446<br>mhoffman@arenahoffman.com | Attorney for Defendant AUTOZONE, INC.<br>(Ellison action, only) |
| Roger Carter, Esq.<br>The Carter Law Firm<br>2030 Main Street Suite 1300<br>Irvine, CA 92614<br>Tel: (949) 260-4737<br>Fax: (949) 260-4754<br>rcarter@carterlawfirm.net | Co-counsel for Plaintiff Marsha Doland |

| | | |
|---|---|---|
| 1 | Scott B. Cooper, Esq. | Co-counsel for Plaintiff Marsha Doland |
| 2 | The Cooper Law Firm, P.C. | |
| | 2030 Main Street, Suite 1300 | |
| 3 | Irvine, CA 92614 | |
| | Tel.: (949) 724-9200 | |
| 4 | Fax: (949)724-9255 | |
| | scott@cooper-firm.com | |
| 5 | | |
| 6 | Kevin T. Barnes, Esq. | Attorneys for Plaintiff HAYDEE ESCALANTE |
| | Gregg Lander, Esq. | |
| 7 | Law Offices of Kevin T. Barnes | |
| | 5670 Wilshire Blvd., Suite 1460 | |
| 8 | Los Angeles, CA 90036-5664 | |
| 9 | Telephone: 310.549.9100 | |
| | Barnes@kbarnes.com | |
| 10 | Lander@kbarnes.com | |
| 11 | | |
| | Joseph Antonelli, Esq. | Attorneys for Plaintiff HAYDEE ESCALANTE |
| 12 | Janelle Carney, Esq. | |
| | Law Office of Joseph Antonelli | |
| 13 | 14758 Pipeline Ave Lakes Drive, Suite E | |
| 14 | Chino Hills, CA 91709 | |
| | Tel.: (909) 393-0223 | |
| 15 | Fax: (909) 393-0471 | |
| | JAntonelli@antonellilaw.com | |
| 16 | | |
| 17 | Marc Primo, Esq. | Attorneys for Plaintiff JIMMY ELLISON |
| | Monica Balderrama, Esq. | |
| 18 | Katherine Den Bleyker, Esq | |
| 19 | Miriam Schimmel, Esq | |
| | Raul Perez, Esq | |
| 20 | Initiative Legal Group APC | |
| | 1800 Century Park East, 2nd Floor | |
| 21 | Los Angeles, CA 90067 | |
| 22 | Telephone: 310-556-5637 | |
| | MPrimo@InitiativeLegal.com | |
| 23 | MBalderrama@InitiativeLegal.com | |
| | rperez@initiativelegal.com | |
| 24 | KDenBleyker@initiativelegal.com | |
| 25 | MSchimmel@initiativelegal.com | |

PROOF OF SERVICE

| | |
|---|---|
| Aldon Louis Bolanos<br>Law Office of Aldon Bolanos<br>925 G Street<br>Sacramento, CA 95814<br>Tel: (916) 446-2800<br>aldon@aldonlaw.com | Attorneys for Plaintiff SILVIA ESCOBAR |
| Shaun Setareh, Esq.<br>Law Offices of Shaun Setareh<br>9454 Wilshire Boulevard, Penthouse Suite 3<br>Beverly Hills, CA 90212<br>Telephone: 310.888.7771<br>setarehlaw@sbcglobal.net | Attorneys for Plaintiff BRUCE PAUL MAYNARD |
| Matthew T. Theriault<br>Capstone Law APC<br>1875 Century Park East, Suite 1000,<br>Los Angeles, California 90067.<br>Tel: 310.556.4811<br>Fax: 310943.0396<br>Matthew.Theriault@capstonelawyers.com<br>Robert.Friedl@capstonelawyers.com<br>Katherine.Kehr@capstonelawyers.com<br>Jonathon.Lee@capstonelawyers.com | Attorneys for Plaintiff JIMMY ELLISON |

**Q&A Case No.: 09.01008**

PROOF OF SERVICE